# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2014

## NO. 03-13-00486-CV

**Charles Eugene McFadden, Appellant**

**v.**

**Shannon Deedler, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN**
**AFFIRMED IN PART; DISMISSED FOR WANT OF JURISDICTION IN PART --**
**OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on July 1, 2013. We dismiss this appeal for want of jurisdiction to the extent McFadden attempts to appeal from the portion of the order holding him in contempt. Having otherwise reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment in all other respects. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.